IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TIMOTHY LOCKWOOD,<br><br>　　　　Respondent. | No. C 13-04425 EJD (PR)<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION TO DISMISS; GRANTING EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docket No. 7) |

On September 24, 2013, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an In Forma Pauperis ("IFP") Application. On the same day, the Clerk sent Petitioner a notice that his IFP application was deficient because it lacked the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (2) a copy of Petitioner's trust account statement showing transactions for the last six months. (Docket No. 3.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.) Petitioner filed two motions to dismiss the action. (See Docket Nos. 4 & 5.) Most recently, Petitioner filed a notice of motion to strike his motions to dismiss. (Docket No. 7.)

Petitioner's motion to withdraw his previous motions is GRANTED. In the interest of justice, Petitioner is granted an extension of time to file a complete IFP application. Petitioner must file a complete IFP Application **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may pay the $5.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee will result in the dismissal of this action without further notice to Petitioner.**

This order terminates Docket No. 7.

DATED: 10/30/13

EDWARD J. DAVILA
United States District Judge